*E-FILED: December 12, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDY NGUYEN, | No. C12-01005 HRL |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| AXA EQUITABLE LIFE INSURANCE COMPANY, DISABILITY MANAGEMENT SERFICES, INC.; DOES 1-10, | |
| Defendants. | |

The parties having stipulated to the dismissal of this case pursuant to a settlement agreement, it is hereby ordered that the claims of plaintiff Sandy Nguyen are dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party shall bear its own attorney's fees, costs, and expenses. The Clerk of Court is direct to close the file.

**IT IS SO ORDERED.**

Dated: December 12, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 12-01005 HRL Order will be electronically mailed to:**

Gary A Bresee:   gbresee@barwol.com, mfernandez@bargerwolen.com, sf1@barwol.com

Tony Arjo:   tarj@sbcglobal.net

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**